| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: <br> DISTRICT OF MAINE | |
| Case number *(if known)* _____ | Chapter you are filing under: <br> ☐ Chapter 7 <br> ☒ Chapter 11 <br> ☐ Chapter 12 <br> ☐ Chapter 13 |

☐ Check if this is an amended filing

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy   06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Identify Yourself

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name** <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | **Benjamin** <br> First name <br><br> _____ <br> Middle name <br><br> **Lawlor** <br> Last name and Suffix (Sr., Jr., II, III) | _____ <br> First name <br><br> _____ <br> Middle name <br><br> _____ <br> Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years** <br><br> Include your married or maiden names and any assumed, trade names and *doing business as* names. <br><br> Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-3152 | |

Debtor 1  **Benjamin Lawlor**  Case number *(if known)*

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | EIN | EIN |
| **5. Where you live** | **171 High Winds Drive** <br> **Yarmouth, ME 04096** <br> Number, Street, City, State & ZIP Code <br><br> **Cumberland** <br> County <br><br> **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address. <br><br> Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:** <br><br> Number, Street, City, State & ZIP Code <br><br> County <br><br> **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address. <br><br> Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:* <br> ☒ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. <br><br> ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) | *Check one:* <br> ☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. <br><br> ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) |

Debtor 1  **Benjamin Lawlor**                                Case number *(if known)* _____

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010))*. Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7
☒ Chapter 11
☐ Chapter 12
☐ Chapter 13

**8. How you will pay the fee**

☒ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☒ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☐ No
☒ Yes.

| | | | |
|---|---|---|---|
| Debtor | **Maine Dentistry Portland, LLC** | Relationship to you | _____ |
| District | **Maine** | When **12/17/25** | Case number, if known **25-20299** |
| Debtor | _____ | Relationship to you | _____ |
| District | _____ | When _____ | Case number, if known _____ |

**11. Do you rent your residence?**

☒ No.   Go to line 12.
☐ Yes.  Has your landlord obtained an eviction judgment against you?

  ☐ No. Go to line 12.
  ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Official Form 101         **Voluntary Petition for Individuals Filing for Bankruptcy**                page 3

Debtor 1  **Benjamin Lawlor** _____  Case number *(if known)* _____

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |

**12. Are you a sole proprietor of any full- or part-time business?**

☒ No.  Go to Part 4.

☐ Yes.  Name and location of business

_____
Name of business, if any

_____
Number, Street, City, State & ZIP Code

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ No.  I am not filing under Chapter 11.

☒ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.  I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☒ No.
☐ Yes.

What is the hazard?  _____

If immediate attention is needed, why is it needed?  _____

Where is the property?  _____
Number, Street, City, State & Zip Code

Debtor 1   **Benjamin Lawlor**                         Case number *(if known)* _____

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |
|---|---|

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **15. Tell the court whether you have received a briefing about credit counseling.**<br><br>The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.<br><br>If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again. | *You must check one:*<br><br>☒ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of:**<br><br>   ☐ **Incapacity.**<br>   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>   ☐ **Disability.**<br>   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>   ☐ **Active duty.**<br>   I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court. | *You must check one:*<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br><br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of:**<br><br>   ☐ **Incapacity.**<br>   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>   ☐ **Disability.**<br>   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>   ☐ **Active duty.**<br>   I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

Debtor 1    Benjamin Lawlor            Case number *(if known)* _____

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ No. Go to line 16b.
- ☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.
- ☐ No. Go to line 16c.
- ☒ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts
_____

**17. Are you filing under Chapter 7?**

☒ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
- ☐ No
- ☐ Yes

**18. How many Creditors do you estimate that you owe?**
- ☒ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**19. How much do you estimate your assets to be worth?**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☒ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☒ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Benjamin Lawlor**
**Benjamin Lawlor**
Signature of Debtor 1

Signature of Debtor 2

Executed on    **February 18, 2026**       Executed on _____
MM / DD / YYYY                    MM / DD / YYYY

| Debtor 1 | **Benjamin Lawlor** | Case number *(if known)* |
|---|---|---|

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.   I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ David C. Johnson**
Signature of Attorney for Debtor

Date **February 18, 2026**
MM / DD / YYYY

**David C. Johnson 9447**
Printed name

**Marcus Clegg**
Firm name

**16 Middle Street Unit 501A**
**Portland, ME 04101**
Number, Street, City, State & ZIP Code

Contact phone **(207) 828-8000**          Email address **bankruptcy@marcusclegg.com**

**9447 ME**
Bar number & State

**Fill in this information to identify your case:**

Debtor 1: **Benjamin Lawlor**
First Name / Middle Name / Last Name

Debtor 2 (Spouse if, filing):
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: **DISTRICT OF MAINE**

Case number (if known): _____

☐ Check if this is an amended filing

B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders        12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.   11 U.S.C. § 101.   Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:    List the 20 Unsecured Claims in Order from Largest to Smallest.   Do Not Include Claims by Insiders.**

**Unsecured claim**

**1**

**American Express**
P.O. Box 981535
El Paso, TX 79998

What is the nature of the claim?     **Credit card purchases**     $123,958.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured)
     Value of security:    -
     Unsecured claim

Contact
Contact phone

**2**

**American Express**
P.O. Box 981535
El Paso, TX 79998

What is the nature of the claim?     **Credit card purchases**     $95,516.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured)
     Value of security:    -
     Unsecured claim

Contact
Contact phone

Debtor 1     **Benjamin Lawlor**                               Case number *(if known)*

**3**

**American Express**
**P.O. Box 981535**
**El Paso, TX 79998**

What is the nature of the claim?     **Credit card purchases**     $93,856.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:                                    -
    Unsecured claim

Contact

Contact phone

**4**

**American Express**
**P.O. Box 981535**
**El Paso, TX 79998**

What is the nature of the claim?     **Credit card purchases**     $69,454.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:                                    -
    Unsecured claim

Contact

Contact phone

**5**

**Angela Lawlor**
**c/o Kenneth P. Altshuler, Esq.**
**1321 Washington Ave, Suite 204**
**Portland, ME 04103**

What is the nature of the claim?                             $1,000,000.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:                                    -
    Unsecured claim

Contact

Contact phone

**6**

**Bangor Savings Bank**
**PO Box 400**
**Rumford, ME 04276**

What is the nature of the claim?     **Guarantor Liability**     $580,000.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:                                    -

Contact

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 2

Software Copyright (c) 1996-2026 Best Case, LLC    - www.bestcase.com                                    Best Case Bankruptcy

| Debtor 1 | **Benjamin Lawlor** | Case number *(if known)* | |
|---|---|---|---|
| | Contact phone | Unsecured claim | |

---

**7**

**Bangor Savings Bank**
**PO Box 400**
**Rumford, ME 04276**

What is the nature of the claim?   **Guarantor Liability**   $512,000.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?

☒ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:   -
   Unsecured claim

Contact

Contact phone

---

**8**

**Bangor Savings Bank**
**PO Box 400**
**Rumford, ME 04276**

What is the nature of the claim?   **Guarantor Liability**   $413,540.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?

☒ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:   -
   Unsecured claim

Contact

Contact phone

---

**9**

**Bangor Savings Bank**
**PO Box 400**
**Rumford, ME 04276**

What is the nature of the claim?   **Guarantor Liability**   $310,400.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?

☒ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:   -
   Unsecured claim

Contact

Contact phone

---

**10**

**Capital One**
**attn: 12038-0111**
**15000 Capital One Drive**
**Richmond, VA 23238**

What is the nature of the claim?   **Credit card purchases**   $73,000.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?

☒ No

---

Debtor 1  **Benjamin Lawlor**  Case number *(if known)*

Contact

☐ Yes. Total claim (secured and unsecured)
    Value of security: -
    Unsecured claim

Contact phone

---

**11**

**Great America Financial Services**
**PO Box 660831**
**Dallas, TX 75266**

What is the nature of the claim? **Guarantor Liability**  **$171,593.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured)
    Value of security: -
    Unsecured claim

Contact

Contact phone

---

**12**

**Internal Revenue Services**
**Centralized Insolvency Operation**
**PO Box 7346**
**Philadelphia, PA 19101**

What is the nature of the claim? **2025 estimated Federal Income Taxes**  **$700,000.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured)
    Value of security: -
    Unsecured claim

Contact

Contact phone

---

**13**

**Internal Revenue Services**
**Centralized Insolvency Operation**
**PO Box 7346**
**Philadelphia, PA 19101**

What is the nature of the claim? **2022 Federal Income Taxes**  **$517,833.61**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured)
    Value of security: -
    Unsecured claim

Contact

Contact phone

---

**14**

**Internal Revenue Services**
**Centralized Insolvency Operation**
**PO Box 7346**

What is the nature of the claim? **2024 Federal Income Taxes**  **$448,387.38**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor 1  **Benjamin Lawlor**                                                      Case number *(if known)*

    Philadelphia, PA 19101                    ☒ None of the above apply

                                              **Does the creditor have a lien on your property?**

                                              ☒ No
    _____                           ☐ Yes. Total claim (secured and unsecured)           _____
    Contact                                         Value of security:                          - _____
                                                    Unsecured claim                               _____
    _____
    Contact phone

---

**15**                                        What is the nature of the claim?   **2023 Federal Income Taxes**   **$68,571.88**

**Internal Revenue Services**
**Centralized Insolvency**                    **As of the date you file, the claim is:** Check all that apply
**Operation**                                 ☐ Contingent
**PO Box 7346**                               ☐ Unliquidated
**Philadelphia, PA 19101**                    ☐ Disputed
                                              ☒ None of the above apply

                                              **Does the creditor have a lien on your property?**

                                              ☒ No
    _____                           ☐ Yes. Total claim (secured and unsecured)           _____
    Contact                                         Value of security:                          - _____
                                                    Unsecured claim                               _____
    _____
    Contact phone

---

**16**                                        What is the nature of the claim?   **Guarantor Liability**   **$1,300,000.00**

**Machias Savings Bank**
**PO Box 318**                                **As of the date you file, the claim is:** Check all that apply
**Machias, ME 04654**                         ☐ Contingent
                                              ☐ Unliquidated
                                              ☐ Disputed
                                              ☒ None of the above apply

                                              **Does the creditor have a lien on your property?**

                                              ☒ No
    _____                           ☐ Yes. Total claim (secured and unsecured)           _____
    Contact                                         Value of security:                          - _____
                                                    Unsecured claim                               _____
    _____
    Contact phone

---

**17**                                        What is the nature of the claim?   **2024 State Income Taxes**   **$92,534.00**

**Maine Revenue Services**
**Compliance Division**                       **As of the date you file, the claim is:** Check all that apply
**PO Box 9101**                               ☐ Contingent
                                              ☐ Unliquidated
**Augusta, ME 04332**                         ☐ Disputed
                                              ☒ None of the above apply

                                              **Does the creditor have a lien on your property?**

                                              ☒ No
    _____                           ☐ Yes. Total claim (secured and unsecured)           _____
    Contact                                         Value of security:                          - _____
                                                    Unsecured claim                               _____
    _____
    Contact phone

---

**18**                                        What is the nature of the claim?   **Guarantor Liability**   **$90,389.11**

**Patterson Dental Supply Inc.**

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 5

Software Copyright (c) 1996-2026 Best Case, LLC    - www.bestcase.com                                                    Best Case Bankruptcy

Debtor 1  **Benjamin Lawlor**                Case number *(if known)*

**1031 Mendota Heights Rd.**
**Saint Paul, MN 55120**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

**Does the creditor have a lien on your property?**
- ☒ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

Contact

Contact phone

---

**19**

**Rudolph & Associates, LLC**
**448 Ocean Ave.**
**Portland, ME 04103**

**What is the nature of the claim?**   **Judgment**   **$234,784.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☒ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

Contact

Contact phone

---

**20**

**Small Business Administration**
**CESC-Covid EIDL Service Center**
**14925 Kingsport Rd**
**Fort Worth, TX 76155**

**What is the nature of the claim?**   **Guarantor Liability**   **$500,000.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

**Does the creditor have a lien on your property?**
- ☒ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

Contact

Contact phone

---

**Part 2:   Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X  **/s/ Benjamin Lawlor**                              X
   **Benjamin Lawlor**                                      Signature of Debtor 2
   Signature of Debtor 1

Date  **February 18, 2026**                            Date

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 6

Software Copyright (c) 1996-2026 Best Case, LLC    - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify your case:**

Debtor 1: **Benjamin Lawlor**
First Name   Middle Name   Last Name

Debtor 2: _____
(Spouse if, filing)   First Name   Middle Name   Last Name

United States Bankruptcy Court for the: DISTRICT OF MAINE

Case number _____
(if known)

☐ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules  12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Sign Below**

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☒ No
☐ Yes. Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Benjamin Lawlor**
**Benjamin Lawlor**
Signature of Debtor 1

Date **February 18, 2026**

X _____
Signature of Debtor 2

Date _____

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## District of Maine

In re  **Benjamin Lawlor**  
Debtor(s)

Case No.  
Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **Hourly** |
   | Prior to the filing of this statement I have received | $ **24,900.00** |
   | Balance Due | $ **Unknown** |

2. The source of the compensation paid to me was:

   ☒ Debtor     ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☒ Debtor     ☐ Other (specify):

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [List other services that counsel has agreed to provide]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of plan of reorganization**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **N/A**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

February 18, 2026  
*Date*

/s/ David C. Johnson  
**David C. Johnson 9447**  
*Signature of Attorney*  
**Marcus Clegg**  
**16 Middle Street Unit 501A**  
**Portland, ME 04101**  
**(207) 828-8000   Fax:**  
**bankruptcy@marcusclegg.com**  
*Name of law firm*

# United States Bankruptcy Court
## District of Maine

In re  **Benjamin Lawlor**  
Debtor(s)

Case No.  
Chapter  **11**

## CERTIFICATION OF CREDITOR MATRIX

I hereby certify that the attached matrix, consisting of __3__ pages, includes the names and addresses of all creditors listed on the debtor's schedules.

Date:  **February 18, 2026**

**/s/ David C. Johnson**  
Signature of Attorney  
**David C. Johnson 9447**  
**Marcus Clegg**  
**16 Middle Street Unit 501A**  
**Portland, ME 04101**  
**(207) 828-8000 Fax:**

```
American Express
P.O. Box 981535
El Paso, TX 79998


Angela Lawlor
c/o Kenneth P. Altshuler
1321 Washington Ave, Suite 204
Portland, ME 04103


Angela Lawlor
c/o Kenneth P. Altshuler, Esq.
1321 Washington Ave, Suite 204
Portland, ME 04103


AT&T Mobility
PO Box 6416
Carol Stream, IL 60197


Bangor Savings Bank
PO Box 400
Rumford, ME 04276


Ben King & Son LLC
457 Riverside Drive
Augusta, ME 04330


Berube Lawn and Landscaping
73 Oak Hill Road
Litchfield, ME 04350


Capital One
attn: 12038-0111
15000 Capital One Drive
Richmond, VA 23238


Central Street Studios, LLC
31 Portland Road
Gray, ME 04039


City of Yarmouth, Maine
200 Main Street
Yarmouth, ME 04096


CMP
PO Box 847810
Boston, MA 02284


CUSO Home Lending
PO Box 663
Hampden, ME 04444


Dead River Company
PO Box 467
Scarborough, ME 04070
```

Dell Financial Services  
One Dell Way  
Round Rock, TX 78682  

Dext Capital, LLC  
4000 Kruse Way Place, Building 3  
Suite 100  
Lake Oswego, OR 97035  

Franklin Savings Bank  
PO Box 579  
Rumford, ME 04276  

Great America Financial Services  
PO Box 660831  
Dallas, TX 75266  

Highland Capital Corp.  
370 Pascack Road  
Township of Washington, NJ 07676  

Internal Revenue Services  
Centralized Insolvency Operation  
PO Box 7346  
Philadelphia, PA 19101  

Lawlor Enterprises, LLC  
31 Portland Road  
Gray, ME 04039  

Machias Savings Bank  
PO Box 318  
Machias, ME 04654  

Maine Dentistry Portland, LLC  
31 Portland Road  
Gray, ME 04039  

Maine Revenue Services  
Compliance Division  
PO Box 9101  
Augusta, ME 04332  

Maine Savings Federal Credit Union  
PO Box 663  
Hampden, ME 04444  

MD Auburn, LLC  
31 Portland Road  
Gray 04039  

North Yarmouth Academy  
148 Main St.  
Yarmouth, ME 04096

Partners Capital Group
501 South Beech
Sutherland, IA 51058


Patterson Dental Supply Inc.
1031 Mendota Heights Rd.
Saint Paul, MN 55120


Small Business Administration
CESC-Covid EIDL Service Center
14925 Kingsport Rd
Fort Worth, TX 76155


Spectrum
PO Box 6030
Carol Stream, IL 60197


Town of Newry, Maine
422 Bear River Road
Newry, ME 04261


TruChoice
PO Box 10659
Portland, ME 04104


Sonia Buck, Esq.
Pearce Atwood
254 Commercial Street
Portland, ME 04101


Rudolph & Associates, LLC
448 Ocean Ave.
Portland, ME 04103