**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| In re: | |
|---|---|
| BENJAMIN A. LAWLOR, | Chapter 11 |
| Debtor | Case No. 26-20034 |

**UNITED STATES TRUSTEE'S RESPONSE AND RESERVATION OF RIGHTS REGARDING APPLICATION FOR ORDER AUTHORIZING DEBTOR TO EMPLOY BCM ADVISORY GROUP, LLC AS FINANCIAL CONSULTANT AND EXPERT WITNESS IN PENDING DIVORCE PROCEEDING**

Pursuant to 28 U.S.C. § 586 and 11 U.S.C. § 327, William K. Harrington, the United States Trustee for Region 1 ("**United States Trustee**"), submits this response and reservation of rights regarding the *Application for Order Authorizing Debtor to Employ BCM Advisory Group, LLC* ("**BCM Advisory Group**") *as Financial Consultant and Expert Witness in Pending Divorce Proceeding, Effective as of the Petition Date* [ECF No. 5] ("**Application to Employ**") as follows:

### I. PROCEDURAL STATUS

1. On February 18, 2026, Benjamin Lawlor ("**Debtor**") filed a skeletal voluntary chapter 11 petition with the Court. ECF No. 1.

2. The Debtor is a dentist who owns three dental practices, a medical spa, a management company for the dental practices and the spa, as well as multiple real estate holding companies. ECF No. 5, p. 2.

3. One of the Debtor's dental practices, Maine Dentistry Portland, LLC ("**MDP**") is currently a chapter 11 debtor in the District of Maine. *See* Case No. 25-20299

("**MDP Bankruptcy Case**").  Upon information and belief, the Debtor is the sole member of MDP.

  4.  On February 17, 2026, MDP filed an application to employ BCM Advisory Group to provide financial advisory services in the MDP Bankruptcy Case.  *See* Case No. 25-20299 at ECF No. 108.  The Court entered an order granting the application on February 18, 2026.  *Id.* at ECF No. 110.

  5.  On February 18, 2026, the Debtor filed the present Application to Employ seeking to retain BCM Advisory Group to assist with his pending Divorce Proceedings and to provide strategic advisory services in this chapter 11 case.  ECF No. 5.

## II.  RESPONSE AND RESERVATION OF RIGHTS

  6.  In a supplemental declaration, BCM Advisory Group acknowledges that this Court entered an order authorizing the Debtor's limited liability company, MDP, to employ BCM Advisory Group in its separate bankruptcy case.  ECF No. 11.  BCM Advisory Group asserts that its retention in the MDP Bankruptcy Case does not render it disinterested nor does it cause it to represent an interest adverse to the Debtor.  *Id.*

  7.  This dual engagement, however, may give rise to potential conflicts and may cause creditors and parties in interest to question the proposed professional's ability to "tender undivided loyalty and provide untainted advice and assistance in furtherance of their fiduciary responsibilities."  *Rome v. Braunstein*, 19 F.3d 54, 58 (1st Cir. 1994).

  8.  At this early stage of the proceeding, just days into the case, without any filed schedules or statement of financial affairs, it is difficult to ascertain whether or to

what extent an actual or potential conflict exists. The United States Trustee reserves the right to raise any such issues upon further investigation and discovery.

WHEREFORE, the United States Trustee submits this response and reservation of rights regarding the *Application for Order Authorizing Debtor to Employ BCM Advisory Group, LLC as Financial Consultant and Expert Witness in Pending Divorce Proceeding, Effective as of the Petition Date* [ECF No. 5].

Respectfully submitted,

WILLIAM K. HARRINGTON,
UNITED STATES TRUSTEE

Dated: February 23, 2026    By:    /s/ Ann Marie Dirsa
Ann Marie Dirsa, BNH 06121
Office of the U.S. Trustee
53 Pleasant Street, Suite 2300
Concord, NH 03301
(603) 333-2781

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below I served copies of the foregoing pleading(s) entitled United States Trustee's Response and Reservation of Rights Regarding Application for Order Authorizing Debtor to Employ BCM Advisory Group, LLC as Financial Consultant and Expert Witness in Pending Divorce Proceeding, Effective as of the Petition Date to all parties named below by United States first class postage prepaid mail at the address(es) listed or in such other manner as I have indicated:

Via the Court's CM/ECF system to:

- John Patrick Burke    john.burke@maine.gov, Tamara.Blackler@maine.gov
- Bruce B. Hochman    bhochman@katahdin-law.com, kcote@katahdin-law.com
- David C. Johnson    bankruptcy@marcusclegg.com, dcj@marcusclegg.com; mmm@marcusclegg.com
- Thomas A. Knowlton    Thomas.a.knowlton@maine.gov

I, Ann Marie Dirsa, certify that I am eighteen (18) years of age or older, and under penalty of perjury, that the foregoing is true and correct.

Dated: February 23, 2026        By:     /s/ Ann Marie Dirsa
                                        Ann Marie Dirsa, BNH 06121
                                        Office of the U.S. Trustee
                                        53 Pleasant Street, Suite 2300
                                        Concord, NH 03301
                                        (603) 333-2781