UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

In re: BENJAMIN LAWLOR, Debtor
Case No. 26-20034
Chapter 11

<u>ORDER FOR RELIEF FROM AUTOMATIC STAY
TO PERMIT DIVORCE ACTION TO PROCEED</u>

<u>ORDER FOR EXPEDITED DETERMINATION ON
MOTION FOR RELIEF FROM AUTOMATIC STAY
TO PERMIT DIVORCE ACTION TO PROCEED</u>

Upon consideration of the Motion for Relief from Automatic Stay and Motion for Expedited Determination, it is hereby ORDERED:

1. The Motion for Relief from Automatic Stay is GRANTED.

2. The Motion for Expedited Determination is GRANTED.

4. The Petitioner shall provide notice of the expedited hearing in accordance with the Federal Rules of Bankruptcy Procedure and the local Bankruptcy Rules for the District of Maine.
A hearing on the Motion for Expedited Determination shall be scheduled forthwith by the Clerk of the Court.

5. The Debtor and the Petitioner are granted relief from the automatic stay to proceed with the Divorce Action in the Maine District Court.

6. The Maine District Court is permitted to adjudicate all pending motions on an interim basis, as well as the dissolution of marriage, parental rights and responsibilities, support, and equitable division of marital property.

7. The final adjudication of these issues, as well as the enforcement of any property division affecting property of the bankruptcy estate, shall remain subject to further consideration and order of this Court.

8. Notwithstanding anything in this Order, the parties may request adjudication of Divorce Action-related issues in the first instance in this Court and the Court, should it deem appropriate given, inter alia, the progress of the Divorce Action, will entertain any such request.

Dated: _____
PETER G. CARY
UNITED STATES BANKRUPTCY JUDGE